UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLEN POTTS,

    Plaintiff,

v.

CITY OF SEATTLE, DUSTIN CARRELL and KATHLEEN SINGLETON,

    Defendants.

Case No. C08-575JLR

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF ALLEN POTTS , and on behalf of DEFENDANTS in the amount of $2,279.10 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. ATTORNEY'S FEES | $20.00 | 0 | $20.00 |
| II. FILING FEE | $350.00 | 0 | $350.00 |
| III. COPYING COSTS | $475.80 | $356.80 | $119.00 |

Clerk will only allow costs for copying directly related to trial. Clerk estimated that 25% of the total copying charges were taxable.

| | | | |
|---|---|---|---|
| IV. DEPOSITION COSTS | $2,407.95 | $756.95 | $1,651.00 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|

Clerk allows costs incurred for depositions actually used by either party at trial or in support of or in opposition to motions filed in case. Clerk reviewed record to determine which depositions would be allowed.

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| V. TRAVEL FEES | $309.47 | $309.47 | 0 |

Travel costs associated with counsel attending depositions are not taxable.

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| VI. TRANSCRIPT COSTS | $139.10 | 0 | $139.10 |

Dated this   31st   day of OCTOBER, 2009 .

 

Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 2